## JOSEPH FIMIANI *v.* STAR GALLO DISTRIBUTORS, INC., ET AL.

The petition of the defendants Star Gallo Distributors, Inc., and Nationwide Insurance for certification for appeal from the Appellate Court, 48 Conn. App. 474 (AC 16698), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly conclude that, pursuant to General Statutes § 31-349, the second injury fund was liable only for that percentage of the claimant's total disability attributable to his second injury?"

The Supreme Court docket number is SC 15960.

*David D. Chapman,* in support of the petition.

*Richard R. Hine,* assistant attorney general, in opposition.

Decided June 17, 1998